UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>DHP Holdings II Corporation, et al.,<br><br>Debtors, | Bk. No. 08-13422-MFW<br><br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estates of DHP Holdings II Corporation, et al.,<br>Plaintiff,<br><br>vs.<br><br>Hanwha International Corporation,<br>Defendant. | Chapter: 7<br><br>Adv. Proc. No. 11-52812-MFW |

**SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney:<br>**Primary Preference Counsel:**<br>Joseph L. Steinfeld, Jr., DC SBN 297101,<br>MN SBN 0266292, VA SBN 18666<br>Gary D. Underdahl, MN SBN 0301693<br>ASK FINANCIAL LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>**Telephone:** (651) 406-9665 ext. 857  **Fax:** (651) 406-9676<br>**E-Mail:** gunderdahl@askfinancial.com | Name and Address of Plaintiff's Attorney:<br>**Local Counsel:**<br>John T. Carroll, III, Esq., DE SBN 4060<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>**Telephone:** (302) 295-2028  **Fax:** (302) 295-2013 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>824 North Market Street<br>Wilmington, DE 19801 | Room: Courtroom No. 4<br>Floor: 5th |
|---|---|
| | Date and Time:<br>October 19, 2011 at 2:00 pm |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date: August 1, 2011

**United States Bankruptcy
Court for the District of
Delaware**