# PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is
2600 Eagan Wood Drive, Suite 400, St. Paul, Minnesota 55121
On the date indicated immediately above my signature below, I served the foregoing documents described as:
1. COMPLAINT AND SUMMONS;
2. A SETTLEMENT OFFER AND ACCEPTANCE FORM
3. NOTICE OF DISPUTE RESOLUTION ALTERNATIVES
4. ADDITIONAL INSTRUCTIONS RE: DEFENSE / EXTENSIONS;

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

<u>Defendant</u> [via Regular Mail]
Youn T. Kim, President
Hanwha International Corporation
2559 Golden Plaza, Route 130
Cranbury, NJ  08512

☒ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☐ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on August 8, 2011.

_____
Jennifer Hepola, Declarant
Laurie N. Porten, Declarant
No: DHPHAN001 Stat: - Answ: /*