# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Bk. No. 08-13422-MFW |
| DHP Holdings II Corporation, et al.[1], | Chapter 7 |
| Debtors. | |

| | |
|---|---|
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estates of DHP Holdings II Corporation, et al. | **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 19, 2011 AT 2:00 P.M.** |
| Plaintiff, | |
| vs. | |
| Defendants Listed Below, | |
| Defendant. | |

| Defendants | Adversary Number |
|---|---|
| 20/20 Custom Molded Plastics Limited Partnership | 11-52774 |
| AB CALIF Acquisition Corp. dba AMS dba Valley Business Materials | 11-52902 |
| Acorn Storage Trailers, Inc. | 11-52775 |
| Air-Drive, Inc. | 11-52776 |
| Amcor Packaging Distribution fka Kent H. Landsberg Co. | 11-52826 |
| American International Group, Inc. dba American International Company * | 11-52863 |
| Antares Capital Corporation | 11-52777 |
| Aon Risk Services, Inc. of Florida * | 11-52767 |
| Apogee Engineered Ceramics Inc. | 11-52778 |
| Asco Valve, Inc. dba Emerson Motor Division | 11-52803 |
| Associated Commodity, Inc. | 11-52779 |
| Atmos Energy Marketing, LLC | 11-52780 |
| Bank of America Corporation fka Merrill Lynch & Co., Inc. fka Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch ** | 11-52912 |
| Belmont Enterprises, Inc. | 11-52782 |
| Bemis Manufacturing Company dba Kelch Corp. | 11-52825 |
| Bermark, Inc. fka Channel Products, Inc. | 11-52789 |
| Blount, Inc. dba Oregon Cutting Systems | 11-52862 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945); DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

| | |
|---|---|
| Bluff City Steel, LLC | 11-52783 |
| Burner Systems International, Inc. | 11-52784 |
| C.H. Robinson Worldwide, Inc. | 11-52790 |
| Caldwell Industries, Inc. | 11-52785 |
| Cananwill, Inc. | 11-52786 |
| Capital City Tool, Inc. | 11-52788 |
| China Construction Bank | 11-52913 |
| C-K Plastics, Inc. | 11-52791 |
| Clayton Metals, Inc. | 11-52792 |
| Cleco Industrial Fasteners Company, Inc. | 11-52793 |
| Coffee County Speculative Building Partnership | 11-52794 |
| Columbus Engineering, Inc. | 11-52795 |
| Construction Bolt & Fasteners, Inc. | 11-52796 |
| Continental Traffic Service, Inc. | 11-52797 |
| Conway, Del Genio, Gries & Co., LLC * | 11-52769 |
| Cord-Sets, Inc. fka Mid-State Cordsets Mfg. Corp. fka Mid-State Manufacturing Corp. | 11-52849 |
| Creations In Wood, Inc. | 11-52798 |
| De Lage Landen Financial Services, Inc. * | 11-52914 |
| Deltrol Corp. dba Deltrol Controls | 11-52799 |
| Desico, S.A. de C.V. | 11-52800 |
| Direct Metals, Inc. | 11-52801 |
| Dormont Manufacturing Company | 11-52802 |
| Emerson Electric Co. dba White-Rodgers | 11-52906 |
| Enterprise Holdings, Inc. dba Enterprise Fleet Services | 11-52805 |
| Express Services, Inc. | 11-52806 |
| Federal Express Corporation | 11-52807 |
| Forrest Paint Co. | 11-52808 |
| Garden Flame Gas Appliances Co., Ltd. | 11-52809 |
| Glasswerks LA, Inc. fdba Tempwerks, Inc. aka Tempwerks L A Inc. | 11-52893 |
| Guangdong Machinery Imp. & Exp. Co., Ltd. | 11-52811 |
| Hanwha International Corporation | 11-52812 |
| Hongda Group | 11-52813 |
| Hoosier Stamping & Mfg. Corp. | 11-52814 |
| HTI Inc. | 11-52815 |
| Ikon Office Solutions, Inc. dba Ikon Management Services | 11-52817 |
| Illinois Tool Works Inc. dba ITW Fastex | 11-52821 |
| Indiana Safety Co., Inc. dba Indiana Safety & Supply Co. | 11-52818 |
| Interpro Manufacturing Ltd. | 11-52819 |
| Joint Marketing Specialists, Inc. | 11-52822 |
| Joseph T. Ryerson & Son Inc. fdba Ryerson Coil Processing Company | 11-52773 |
| Kauffman Engineering, Inc. | 11-52823 |
| Ken Larsen, Inc. dba Hurricane Products | 11-52816 |

| | |
|---|---|
| Kerneos, Inc. | 11-52827 |
| Laurel Manufacturing LLC | 11-52828 |
| Lewisburg Container Company | 11-52829 |
| Lithocraft, Inc. | 11-52830 |
| Lomont Molding, Inc. | 11-52831 |
| LSI Metal Fabrication, Inc. | 11-52832 |
| Maas-Hansen Steel Corporation | 11-52833 |
| Mace Metal Sales, Inc. | 11-52834 |
| Macsteel Service Centers USA, Inc. dba Macsteel USA * | 11-52868 |
| Main Electric Supply Co. | 11-52836 |
| Manpower, Inc. | 11-52837 |
| Marshall & Bruce Company | 11-52838 |
| Material Handling, Inc. | 11-52839 |
| Matthews Industries, Inc. | 11-52840 |
| Maxitrol Company | 11-52841 |
| McGregor & Associates, Inc. | 11-52842 |
| McMaster-Carr Supply Company | 11-52843 |
| McVantage Packaging, LLC | 11-52844 |
| Mechanical Galv-Plating Corp. | 11-52845 |
| Middleton & Reutlinger, P.S.C. dba Middleton Reutlinger | 11-52846 |
| Mid-State Logistics, Inc. | 11-52847 |
| Mike Hagerthy dba Hagerthy & Co. | 11-52848 |
| Millers Bottled Gas Co., Inc. | 11-52850 |
| Morgan Advanced Materials and Technology, Inc. dba Morgan A, M & T | 11-52851 |
| Mozaik, LLC | 11-52852 |
| Nalco Company fka Nalco Chemical Co. | 11-52853 |
| Nashville Wire Products Manufacturing Company dba Nashville Display Co. | 11-52854 |
| National Kwikmetal Service L.P. fka National Knife & Supply | 11-52855 |
| National Union Fire Insurance Company of Pittsburgh, PA and American International Group, Inc. fdba AIG Risk Management * | 11-52770 |
| Nupro Design Ltd. | 11-52857 |
| OfficeMax Incorporated | 11-52858 |
| On Guard Services, LLC | 11-52861 |
| O'Neal Steel, Inc. dba O'Neal Tube Processing | 11-52860 |
| Owens Corning Corp. * | 11-52915 |
| Pacific Custom Materials, Inc. | 11-52864 |
| Packaging Corporation of America | 11-52866 |
| Packaging Professionals Incorporated | 11-52867 |
| Packaging Unlimited, LLC | 11-52870 |
| Palatec Mfg. Inc. | 11-52871 |
| Penn Elcom, Inc. | 11-52872 |
| Performance Steel, LLC and Performance Steel, Inc. | 11-52873 |

| | |
|---|---|
| Plaspros, Inc. | 11-52874 |
| Pomona Box Company | 11-52875 |
| PriceWaterhouseCoopers LLP * | 11-52772 |
| Priority Business Services, Inc. | 11-52876 |
| Professional Sales and Service Inc. | 11-52877 |
| PRR, Inc. | 11-52878 |
| R.C. Pallets, Inc. | 11-52880 |
| Randstad Staffing Services, Inc. | 11-52879 |
| RobertShaw Controls Company fdba Invensys Appliance Controls | 11-52820 |
| Ronman Products, Inc. | 11-52881 |
| Ryder Truck Rental, Inc. dba Ryder Transportation Services * | 11-52771 |
| S.I.T. Controls U.S.A., Inc. | 11-52886 |
| Saint-Gobain Ceramics & Plastics, Inc. dba Saint-Gobain Ignitor Products fka  Norton Ignitor Products | 11-52856 |
| Sakura Corporation | 11-52883 |
| Scheu Manufacturing Company | 11-52884 |
| Schott-Gemtron (Canada) Corporation | 11-52810 |
| Semco Plastic Company aka Semco Plastic Company Inc. | 11-52885 |
| Specialty Ceramics, Inc. | 11-52888 |
| Star Capital Group LP and Lakeland Bank | 11-52889 |
| Sterling Commerce, Inc. | 11-52890 |
| Suiter Swantz PC LLO | 11-52891 |
| Syncor, LLC dba SpecPrint | 11-52887 |
| Tegrant Corporation | 11-52892 |
| The Master Products Company | 11-52895 |
| Thermal Ceramics Inc. | 11-52894 |
| Totem Steel International, Inc. | 11-52896 |
| Trillion Aluminum Profiles, Inc. | 11-52897 |
| Ugarteburu SA | 11-52898 |
| Unicable Incorporated | 11-52900 |
| Unified Sales and Distribution, Inc. | 11-52899 |
| United Parcel Service, Inc. | 11-52901 |
| Vision Qualty Components, Inc. | 11-52903 |
| Vivid Impact Corporation | 11-52904 |
| Western Industrial Ceramics, Inc. | 11-52905 |
| Win Million Development (HK) Ltd. | 11-52911 |
| Winners Products Engineering Ltd. | 11-52907 |
| Winnspec International Corp. | 11-52908 |
| Worgas, Inc. | 11-52909 |
| Xerox Corporation * | 11-52869 |
| X-Esp, Inc. fdba Engineered Sinterings and Plastics, Inc. | 11-52804 |
| Yale Trucks Kentuckiana, Inc. dba Yale Kentuckiana, Inc. | 11-52910 |

## CONTINUED MATTERS:

1.    Pre-Trial Conference in an Adversary Proceeding

      Related Documents:        None

      Objection Deadline:       None

      Responses Received:      None

      Status:            Pre-Trial Conferences for the matters identified in Exhibit "1-A" attached hereto are being adjourned to November 23, 2011 at 2:00 p.m.


## MATTERS GOING FORWARD:

2.    Pre-Trial Conference in an Adversary Proceeding

      Related Documents:   (a)   Proposed Scheduling Order  identified in Exhibit "2-A"

                                   (b)   Matters being handled by Cozen O'Connor identified in Exhibit "2-B".

                                   (c)   Matters being handled by conflict counsel Eckert, Seamans, Cherin & Mellott, LLC  identified in Exhibit "2-C".

      Objection Deadline:       None

      Responses Received:      None

      Status:            Pre-Trial Conferences identified in Exhibits "2-B", and "2-C" attached hereto are going forward.   Trustee will request entry of the Proposed Scheduling Order.

3.      Peerless Indemnity Insurance Company's Motion to Lift the Automatic Stay of Bankruptcy Code Section 362 to Permit the Continuation of State Court Litigation [Filed 6/6/2011; Docket No. 1091]

Related Documents:

      (a)      Proposed Order

Objection Deadline:                     June 21, 2011 at 4:00 p.m.
                                        Extension granted to Trustee

Responses Received:

      (b)      Objection to Peerless Indemnity Insurance Company's Motion to Lift the Automatic Stay of Bankruptcy Code Section 362 to Permit the Continuation of State Court Litigation Filed by Twin City Fire Insurance Company
[Filed 6/21/2011; Docket No. 1097]

      (c)      Limited Response to Peerless Indemnity Insurance Company's Motion to Lift the Automatic Stay of Bankruptcy Code Section 362 to Permit the Continuation of State Court Litigation
Filed by Alfred T. Giuliano, Trustee
[Filed 10/17/2011; Docket No.1283]

Status:                                 Matter is going forward.

Dated: October 17, 2011

By:    */s/ John T. Carroll*
COZEN O'CONNOR
John T. Carroll, III, Esq., (DE #4060)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
**Telephone:** (302) 295-2000 **Fax:** (302) 295-2013

*Counsel to the Trustee, Alfred T. Giuliano, Chapter 7*
*Trustee for the Bankruptcy Estates of DHP Holdings II*
*Corporation, et al.*

and

Local Counsel *

Ronald S. Gellert (DE #4259)
Tara Lattomus, Esq. (DE #3515)
Brya Keilson, Esq. (DE #4643)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**Telephone:** (302) 425-0430 **Fax:** (302) 425-0432
**E-Mail:** rgellert@eckertseamans.com

*Special Preference Conflict*
*Counsel to the Trustee*

and

Local Counsel **

Elihu E. Allinson, III, Esq. (DE #3476)
Sullivan Hazeltine Allinson, LLC
901 North Market Street, Suite 1300
Wilmington, DE 19901
**Telephone:** (302) 428-8197 x 103 (Direct)
**Fax:** (302) 428-8195
zallinson@sha-llc.com

*Special Preference Conflict*
*Counsel to the Trustee*

Joseph L. Steinfeld, Jr., DC SBN 297101, MN SBN 0266292, VA SBN 18666
Karen M. Scheibe, Esq. MN SBN 0300469
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
**Telephone:** (651) 406-9665    **Fax:** (651) 406-9676

*Special Preference Counsel to*
*Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy*
*Estates of DHP Holdings II Corporation, et al.*

# Exhibit "1-A"

# Adversary Actions Being
# Adjourned to November 23, 2011
# at 2:00 P.M.

| Defendant | Adversary Number |
|---|---|
| 20/20 Custom Molded Plastics Limited Partnership | 11-52774 |
| Acorn Storage Trailers, Inc. | 11-52775 |
| Air-Drive, Inc. | 11-52776 |
| American International Group, Inc. dba American International Company | 11-52863 |
| Antares Capital Corporation | 11-52777 |
| Aon Risk Services, Inc. of Florida | 11-52767 |
| Apogee Engineered Ceramics Inc. | 11-52778 |
| Asco Valve, Inc. dba Emerson Motor Division | 11-52803 |
| Associated Commodity, Inc. | 11-52779 |
| Bank of America Corporation fka Merrill Lynch & Co., Inc. fka Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lync | 11-52912 |
| Belmont Enterprises, Inc. | 11-52782 |
| Bemis Manufacturing Company dba Kelch Corp. | 11-52825 |
| Bermark, Inc. fka Channel Products, Inc. | 11-52789 |
| Bluff City Steel, LLC | 11-52783 |
| Burner Systems International, Inc. | 11-52784 |
| C.H. Robinson Worldwide, Inc. | 11-52790 |
| Caldwell Industries, Inc. | 11-52785 |
| Cananwill, Inc. | 11-52786 |
| Capital City Tool, Inc. | 11-52788 |
| China Construction Bank | 11-52913 |
| Clayton Metals, Inc. | 11-52792 |
| Cleco Industrial Fasteners Company, Inc. | 11-52793 |
| Coffee County Speculative Building Partnership | 11-52794 |
| Continental Traffic Service, Inc. | 11-52797 |
| Conway, Del Genio, Gries & Co., LLC | 11-52769 |
| Cord-Sets, Inc. fka Mid-State Cordsets Mfg. Corp. fka Mid-State Manufacturing Corp. | 11-52849 |
| Creations In Wood, Inc. | 11-52798 |
| De Lage Landen Financial Services, Inc. | 11-52914 |
| Deltrol Corp. dba Deltrol Controls | 11-52799 |
| Desico, S.A. de C.V. | 11-52800 |
| Direct Metals, Inc. | 11-52801 |
| Dormont Manufacturing Company | 11-52802 |
| Emerson Electric Co. dba White-Rodgers | 11-52906 |
| Enterprise Holdings, Inc. dba Enterprise Fleet Services | 11-52805 |
| Federal Express Corporation | 11-52807 |
| Forrest Paint Co. | 11-52808 |
| Garden Flame Gas Appliances Co., Ltd. | 11-52809 |
| Glasswerks LA, Inc. fdba Tempwerks, Inc. aka Tempwerks L A Inc. | 11-52893 |
| Guangdong Machinery Imp. & Exp. Co., Ltd. | 11-52811 |
| Hanwha International Corporation | 11-52812 |

| | |
|---|---|
| Hongda Group | 11-52813 |
| HTI Inc. | 11-52815 |
| Illinois Tool Works Inc. dba ITW Fastex | 11-52821 |
| Indiana Safety Co., Inc. dba Indiana Safety & Supply Co. | 11-52818 |
| Interpro Manufacturing Ltd. | 11-52819 |
| Joint Marketing Specialists, Inc. | 11-52822 |
| Joseph T. Ryerson & Son Inc. fdba Ryerson Coil Processing Company | 11-52773 |
| Kauffman Engineering, Inc. | 11-52823 |
| Kerneos, Inc. | 11-52827 |
| Laurel Manufacturing LLC | 11-52828 |
| Lewisburg Container Company | 11-52829 |
| Lithocraft, Inc. | 11-52830 |
| Lomont Molding, Inc. | 11-52831 |
| LSI Metal Fabrication, Inc. | 11-52832 |
| Mace Metal Sales, Inc. | 11-52834 |
| Macsteel Service Centers USA, Inc. dba Macsteel USA | 11-52868 |
| Manpower, Inc. | 11-52837 |
| Marshall & Bruce Company | 11-52838 |
| Maxitrol Company | 11-52841 |
| McGregor & Associates, Inc. | 11-52842 |
| McMaster-Carr Supply Company | 11-52843 |
| Mechanical Galv-Plating Corp. | 11-52845 |
| Mid-State Logistics, Inc. | 11-52847 |
| Mike Hagerthy dba Hagerthy & Co. | 11-52848 |
| Millers Bottled Gas Co., Inc. | 11-52850 |
| Morgan Advanced Materials and Technology, Inc. dba Morgan A, M & T | 11-52851 |
| Mozaik, LLC | 11-52852 |
| Nalco Company fka Nalco Chemical Co. | 11-52853 |
| Nashville Wire Products Manufacturing Company dba Nashville Display Co. | 11-52854 |
| National Kwikmetal Service L.P. fka National Knife & Supply | 11-52855 |
| National Union Fire Insurance Company of Pittsburgh, PA and American International Group, Inc. fdba AIG Risk Management | 11-52770 |
| On Guard Services, LLC | 11-52861 |
| O'Neal Steel, Inc. dba O'Neal Tube Processing | 11-52860 |
| Pacific Custom Materials, Inc. | 11-52864 |
| Packaging Professionals Incorporated | 11-52867 |
| Palatec Mfg. Inc. | 11-52871 |
| Penn Elcom, Inc. | 11-52872 |
| Performance Steel, LLC and Performance Steel, Inc. | 11-52873 |
| Plaspros, Inc. | 11-52874 |
| Pomona Box Company | 11-52875 |
| PriceWaterhouseCoopers LLP | 11-52772 |

| | |
|---|---|
| Priority Business Services, Inc. | 11-52876 |
| Professional Sales and Service Inc. | 11-52877 |
| PRR, Inc. | 11-52878 |
| Randstad Staffing Services, Inc. | 11-52879 |
| Ronman Products, Inc. | 11-52881 |
| Ryder Truck Rental, Inc. dba Ryder Transportation Services | 11-52771 |
| Saint-Gobain Ceramics & Plastics, Inc. dba Saint-Gobain Ignitor Products fka  Norton Ignitor Products | 11-52856 |
| Sakura Corporation | 11-52883 |
| Scheu Manufacturing Company | 11-52884 |
| Schott-Gemtron (Canada) Corporation | 11-52810 |
| Semco Plastic Company aka Semco Plastic Company Inc. | 11-52885 |
| Star Capital Group LP and Lakeland Bank | 11-52889 |
| Suiter Swantz PC LLO | 11-52891 |
| Syncor, LLC dba SpecPrint | 11-52887 |
| Thermal Ceramics Inc. | 11-52894 |
| Totem Steel International, Inc. | 11-52896 |
| Trillion Aluminum Profiles, Inc. | 11-52897 |
| Ugarteburu SA | 11-52898 |
| Unicable Incorporated | 11-52900 |
| Unified Sales and Distribution, Inc. | 11-52899 |
| Western Industrial Ceramics, Inc. | 11-52905 |
| Win Million Developmetn (HK) Ltd. | 11-52911 |
| Winners Products Engineering Ltd. | 11-52907 |
| Winnspec International Corp. | 11-52908 |
| Xerox Corporation | 11-52869 |
| X-Esp, Inc. fdba Engineered Sinterings and Plastics, Inc. | 11-52804 |
| Yale Trucks Kentuckiana, Inc. dba Yale Kentuckiana, Inc. | 11-52910 |

# Exhibit "2-A"

# Proposed Scheduling Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

DHP Holdings II Corporation, et al.[1],

                    Debtors.

Alfred T. Giuliano, Chapter 7 Trustee for the
Bankruptcy Estates of DHP Holdings II
Corporation, et al.                 Plaintiff,

vs.

Defendants Listed Below

Bk. No. 08-13422-MFW

Chapter 7

### SCHEDULING ORDER

| Defendant | Adversary Number |
|---|---|
| AB CALIF Acquisition Corp. dba AMS dba Valley Business Materials | 11-52902 |
| Amcor Packaging Distribution fka Kent H. Landsberg Co. | 11-52826 |
| Atmos Energy Marketing, LLC | 11-52780 |
| Blount, Inc. dba Oregon Cutting Systems | 11-52862 |
| C-K Plastics, Inc. | 11-52791 |
| Columbus Engineering, Inc. | 11-52795 |
| Construction Bolt & Fasteners, Inc. | 11-52796 |
| Express Services, Inc. | 11-52806 |
| Hoosier Stamping & Mfg. Corp. | 11-52814 |
| Ikon Office Solutions, Inc. dba Ikon Management Services | 11-52817 |
| Ken Larsen, Inc. dba Hurricane Products | 11-52816 |
| Maas-Hansen Steel Corporation | 11-52833 |
| Main Electric Supply Co. | 11-52836 |
| Material Handling, Inc. | 11-52839 |
| Matthews Industries, Inc. | 11-52840 |
| McVantage Packaging, LLC | 11-52844 |
| Middleton & Reutlinger, P.S.C. dba Middleton Reutlinger | 11-52846 |
| Nupro Design Ltd. | 11-52857 |
| OfficeMax Incorporated | 11-52858 |
| Owens Corning Corp. | 11-52915 |
| Packaging Corporation of America | 11-52866 |
| Packaging Unlimited, LLC | 11-52870 |
| R.C. Pallets, Inc. | 11-52880 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945); DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

| RobertShaw Controls Company fdba Invensys Appliance Controls | 11-52820 |
| --- | --- |
| S.I.T. Controls U.S.A., Inc. | 11-52886 |
| Specialty Ceramics, Inc. | 11-52888 |
| Sterling Commerce, Inc. | 11-52890 |
| Tegrant Corporation | 11-52892 |
| The Master Products Company | 11-52895 |
| United Parcel Service, Inc. | 11-52901 |
| Vision Qualty Components, Inc. | 11-52903 |
| Vivid Impact Corporation | 11-52904 |
| Worgas, Inc. | 11-52909 |

**\* 33 Adversary Defendants**

**SCHEDULING ORDER**

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED** that:

1.      Any extension of time to file a responsive pleading is not effective unless approved by Order of the Court. Any motion for extension of time to file a responsive pleading or stipulated order for such extension must be filed with the Court no later than ten (10) days before the Initial Scheduling Conference in the adversary proceeding.

2.      The discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, shall be deemed to have taken place at the initial status conference held on October 19, 2011.

3.      The parties shall provide the initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than fourteen (14) days after the discovery planning conference. Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

4.      All fact discovery shall be complete no later than 210 days after the first answer or other responsive pleading is filed.

5.      Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtor, no later than two hundred forty (240) days after an answer or other responsive pleading to the complaint is filed. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided no later than two hundred forty (240) days after an answer or other responsive pleading to the complaint is filed. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided no later than two hundred sixty (260) days after an answer or other responsive pleading to the complaint is filed. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff no later than two hundred seventy (270) days after an answer or other responsive pleading to the complaint is filed. All reports shall provide the information required by Fed.R.Civ.P. 26 (a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than two hundred eighty (280) days after an answer or other responsive pleading to the complaint is filed.

6.      Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, no later than two hundred and ten (210) days after the answer or other responsive pleading to the complaint is filed, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and request that the Court select and appoint a mediator to the proceeding.

7.      Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of

completion, or (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

8.        All dispositive motions shall be filed and served no later than fifteen (15) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

9.        The parties shall comply with the General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before the Honorable Mary F. Walrath. The parties shall file, no later than three (3) business days prior to the date set for Trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously delivery two (2) copies thereof to Judge Walrath's chambers.

10.       The Order Assigning the Adversary Proceeding to Mediation shall set the adversary proceeding for trial ninety (90) days after the entry of the Order, or as soon thereafter as the Court's calendar permits.

11.       The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The Plaintiff shall file a status report forty-five (45) days after the date of this scheduling order, each forty-five (45) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial, setting out the status of each unresolved adversary subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

12.      Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

13.      The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: _____, 2011      _____
Wilmington, DE            HONORABLE MARY F. WALRATH
                          UNITED STATES BANKRUPTCY JUDGE

# Exhibit "2-B"

## Adversary Actions being handled
## by Cozen O'Connor

| Defendant Name | Adversary Number |
|---|---|
| AB CALIF Acquisition Corp. dba AMS dba Valley Business Materials | 11-52902 |
| Amcor Packaging Distribution fka Kent H. Landsberg Co. | 11-52826 |
| Atmos Energy Marketing, LLC | 11-52780 |
| Blount, Inc. dba Oregon Cutting Systems | 11-52862 |
| C-K Plastics, Inc. | 11-52791 |
| Columbus Engineering, Inc. | 11-52795 |
| Construction Bolt & Fasteners, Inc. | 11-52796 |
| Express Services, Inc. | 11-52806 |
| Hoosier Stamping & Mfg. Corp. | 11-52814 |
| Ikon Office Solutions, Inc. dba Ikon Management Services | 11-52817 |
| Ken Larsen, Inc. dba Hurricane Products | 11-52816 |
| Maas-Hansen Steel Corporation | 11-52833 |
| Main Electric Supply Co. | 11-52836 |
| Material Handling, Inc. | 11-52839 |
| Matthews Industries, Inc. | 11-52840 |
| McVantage Packaging, LLC | 11-52844 |
| Middleton & Reutlinger, P.S.C. dba Middleton Reutlinger | 11-52846 |
| Nupro Design Ltd. | 11-52857 |
| OfficeMax Incorporated | 11-52858 |
| Packaging Corporation of America | 11-52866 |
| Packaging Unlimited, LLC | 11-52870 |
| R.C. Pallets, Inc. | 11-52880 |
| RobertShaw Controls Company fdba Invensys Appliance Controls | 11-52820 |
| S.I.T. Controls U.S.A., Inc. | 11-52886 |
| Specialty Ceramics, Inc. | 11-52888 |
| Sterling Commerce, Inc. | 11-52890 |
| Tegrant Corporation | 11-52892 |
| The Master Products Company | 11-52895 |
| United Parcel Service, Inc. | 11-52901 |
| Vision Qualty Components, Inc. | 11-52903 |
| Vivid Impact Corporation | 11-52904 |
| Worgas, Inc. | 11-52909 |

* 32 Adversary Actions

# Exhibit "2-C "

## Adversary Actions being handled by Eckert Seamans Cherin & Mellott, LLC

| Defendant Name | Adversary Number |
|---|---|
| Owens Corning Corp. | 11-52915 |

\* 1 Adversary Defendant