# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Bk. No. 08-13422-MFW |
| DHP Holdings II Corporation, et al.[1], | Chapter 7 |
| Debtors. | |
| Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estates of DHP Holdings II Corporation, et al. | **STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO THE HONORABLE MARY F. WALRATH** |
| Plaintiff, | |
| vs. | |
| Defendants Listed Below | |

| Defendants | Adversary Number |
|---|---|
| 20/20 Custom Molded Plastics Limited Partnership | 11-52774 |
| AB CALIF Acquisition Corp. dba AMS dba Valley Business Materials | 11-52902 |
| Acorn Storage Trailers, Inc. | 11-52775 |
| Air-Drive, Inc. | 11-52776 |
| Amcor Packaging Distribution fka Kent H. Landsberg Co. | 11-52826 |
| American International Group, Inc. dba American International Company * | 11-52863 |
| Antares Capital Corporation | 11-52777 |
| Aon Risk Services, Inc. of Florida * | 11-52767 |
| Apogee Engineered Ceramics Inc. | 11-52778 |
| Asco Valve, Inc. dba Emerson Motor Division | 11-52803 |
| Associated Commodity, Inc. | 11-52779 |
| Atmos Energy Marketing, LLC | 11-52780 |
| Bank of America Corporation fka Merrill Lynch & Co., Inc. fka Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch ** | 11-52912 |
| Belmont Enterprises, Inc. | 11-52782 |
| Bemis Manufacturing Company dba Kelch Corp. | 11-52825 |
| Bermark, Inc. fka Channel Products, Inc. | 11-52789 |
| Blount, Inc. dba Oregon Cutting Systems | 11-52862 |
| Bluff City Steel, LLC | 11-52783 |
| Burner Systems International, Inc. | 11-52784 |
| C.H. Robinson Worldwide, Inc. | 11-52790 |
| Caldwell Industries, Inc. | 11-52785 |
| Cananwill, Inc. | 11-52786 |
| Capital City Tool, Inc. | 11-52788 |
| China Construction Bank | 11-52913 |
| C-K Plastics, Inc. | 11-52791 |
| Clayton Metals, Inc. | 11-52792 |
| Cleco Industrial Fasteners Company, Inc. | 11-52793 |
| Coffee County Speculative Building Partnership | 11-52794 |
| Columbus Engineering, Inc. | 11-52795 |
| Construction Bolt & Fasteners, Inc. | 11-52796 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are DHP Holdings II Corporation (5945); DESA LLC (5717); DESA Heating LLC (8137); DESA Specialty LLC (8143); DESA FMI LLC (8146); and DESA IP LLC (8149). The address for each of the Debtors is 2701 Industrial Drive, Bowling Green, KY 42101.

| | |
|---|---|
| Continental Traffic Service, Inc. | 11-52797 |
| Conway, Del Genio, Gries & Co., LLC * | 11-52769 |
| Cord-Sets, Inc. fka Mid-State Cordsets Mfg. Corp. fka Mid-State Manufacturing Corp. | 11-52849 |
| Creations In Wood, Inc. | 11-52798 |
| De Lage Landen Financial Services, Inc. * | 11-52914 |
| Deltrol Corp. dba Deltrol Controls | 11-52799 |
| Desico, S.A. de C.V. | 11-52800 |
| Direct Metals, Inc. | 11-52801 |
| Dormont Manufacturing Company | 11-52802 |
| Emerson Electric Co. dba White-Rodgers | 11-52906 |
| Enterprise Holdings, Inc. dba Enterprise Fleet Services | 11-52805 |
| Express Services, Inc. | 11-52806 |
| Federal Express Corporation | 11-52807 |
| Forrest Paint Co. | 11-52808 |
| Garden Flame Gas Appliances Co., Ltd. | 11-52809 |
| Glasswerks LA, Inc. fdba Tempwerks, Inc. aka Tempwerks L A Inc. | 11-52893 |
| Guangdong Machinery Imp. & Exp. Co., Ltd. | 11-52811 |
| Hanwha International Corporation | 11-52812 |
| Hongda Group | 11-52813 |
| Hoosier Stamping & Mfg. Corp. | 11-52814 |
| HTI Inc. | 11-52815 |
| Ikon Office Solutions, Inc. dba Ikon Management Services | 11-52817 |
| Illinois Tool Works Inc. dba ITW Fastex | 11-52821 |
| Indiana Safety Co., Inc. dba Indiana Safety & Supply Co. | 11-52818 |
| Interpro Manufacturing Ltd. | 11-52819 |
| Joint Marketing Specialists, Inc. | 11-52822 |
| Joseph T. Ryerson & Son Inc. fdba Ryerson Coil Processing Company | 11-52773 |
| Kauffman Engineering, Inc. | 11-52823 |
| Ken Larsen, Inc. dba Hurricane Products | 11-52816 |
| Kerneos, Inc. | 11-52827 |
| Laurel Manufacturing LLC | 11-52828 |
| Lewisburg Container Company | 11-52829 |
| Lithocraft, Inc. | 11-52830 |
| Lomont Molding, Inc. | 11-52831 |
| LSI Metal Fabrication, Inc. | 11-52832 |
| Maas-Hansen Steel Corporation | 11-52833 |
| Mace Metal Sales, Inc. | 11-52834 |
| Macsteel Service Centers USA, Inc. dba Macsteel USA * | 11-52868 |
| Main Electric Supply Co. | 11-52836 |
| Manpower, Inc. | 11-52837 |
| Marshall & Bruce Company | 11-52838 |
| Material Handling, Inc. | 11-52839 |
| Matthews Industries, Inc. | 11-52840 |
| Maxitrol Company | 11-52841 |
| McGregor & Associates, Inc. | 11-52842 |
| McMaster-Carr Supply Company | 11-52843 |
| McVantage Packaging, LLC | 11-52844 |
| Mechanical Galv-Plating Corp. | 11-52845 |
| Middleton & Reutlinger, P.S.C. dba Middleton Reutlinger | 11-52846 |
| Mid-State Logistics, Inc. | 11-52847 |
| Mike Hagerthy dba Hagerthy & Co. | 11-52848 |
| Millers Bottled Gas Co., Inc. | 11-52850 |
| Morgan Advanced Materials and Technology, Inc. dba Morgan A, M & T | 11-52851 |
| Mozaik, LLC | 11-52852 |
| Nalco Company fka Nalco Chemical Co. | 11-52853 |

| | |
|---|---|
| Nashville Wire Products Manufacturing Company dba Nashville Display Co. | 11-52854 |
| National Kwikmetal Service L.P. fka National Knife & Supply | 11-52855 |
| National Union Fire Insurance Company of Pittsburgh, PA and American International Group, Inc. fdba AIG Risk Management * | 11-52770 |
| Nupro Design Ltd. | 11-52857 |
| OfficeMax Incorporated | 11-52858 |
| On Guard Services, LLC | 11-52861 |
| O'Neal Steel, Inc. dba O'Neal Tube Processing | 11-52860 |
| Owens Corning Corp. * | 11-52915 |
| Pacific Custom Materials, Inc. | 11-52864 |
| Packaging Corporation of America | 11-52866 |
| Packaging Professionals Incorporated | 11-52867 |
| Packaging Unlimited, LLC | 11-52870 |
| Palatec Mfg. Inc. | 11-52871 |
| Penn Elcom, Inc. | 11-52872 |
| Performance Steel, LLC and Performance Steel, Inc. | 11-52873 |
| Plaspros, Inc. | 11-52874 |
| Pomona Box Company | 11-52875 |
| PriceWaterhouseCoopers LLP * | 11-52772 |
| Priority Business Services, Inc. | 11-52876 |
| Professional Sales and Service Inc. | 11-52877 |
| PRR, Inc. | 11-52878 |
| R.C. Pallets, Inc. | 11-52880 |
| Randstad Staffing Services, Inc. | 11-52879 |
| RobertShaw Controls Company fdba Invensys Appliance Controls | 11-52820 |
| Ronman Products, Inc. | 11-52881 |
| Ryder Truck Rental, Inc. dba Ryder Transportation Services * | 11-52771 |
| S.I.T. Controls U.S.A., Inc. | 11-52886 |
| Saint-Gobain Ceramics & Plastics, Inc. dba Saint-Gobain Ignitor Products fka  Norton Ignitor Products * | 11-52856 |
| Sakura Corporation | 11-52883 |
| Scheu Manufacturing Company | 11-52884 |
| Schott-Gemtron (Canada) Corporation | 11-52810 |
| Semco Plastic Company aka Semco Plastic Company Inc. | 11-52885 |
| Specialty Ceramics, Inc. | 11-52888 |
| Star Capital Group LP and Lakeland Bank | 11-52889 |
| Sterling Commerce, Inc. | 11-52890 |
| Suiter Swantz PC LLO | 11-52891 |
| Syncor, LLC dba SpecPrint | 11-52887 |
| Tegrant Corporation | 11-52892 |
| The Master Products Company | 11-52895 |
| Thermal Ceramics Inc. | 11-52894 |
| Totem Steel International, Inc. | 11-52896 |
| Trillion Aluminum Profiles, Inc. | 11-52897 |
| Ugarteburu SA | 11-52898 |
| Unicable Incorporated | 11-52900 |
| Unified Sales and Distribution, Inc. | 11-52899 |
| United Parcel Service, Inc. | 11-52901 |
| Vision Qualty Components, Inc. | 11-52903 |
| Vivid Impact Corporation | 11-52904 |
| Western Industrial Ceramics, Inc. | 11-52905 |
| Win Million Development (HK) Ltd. | 11-52911 |
| Winners Products Engineering Ltd. | 11-52907 |
| Winnspec International Corp. | 11-52908 |
| Worgas, Inc. | 11-52909 |
| Xerox Corporation * | 11-52869 |
| X-Esp, Inc. fdba Engineered Sinterings and Plastics, Inc. | 11-52804 |

**\* 141 ADVERSARY PROCEEDINGS**

Plaintiff files the attached status report providing a status of the above referenced

Adversary Actions in preparation for the October 19, 2011 Status Conference.

Dated: October 17, 2011

By: */s/ John T. Carroll*

Local Counsel
COZEN O'CONNOR
John T. Carroll, III, Esq., (#4060)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
**Telephone:** (302) 295-2000 **Fax:** (302) 295-2013

and

By */s/ Ronald S. Gellert*

Local Counsel \*
Ronald S. Gellert (DE 4259)
Tara Lattomus, Esq. DE 3515
Brya Keilson, Esq. DE 4643
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**Telephone:** (302) 425-0430 **Fax:** (302) 425-0432
**E-Mail:** rgellert@eckertseamans.com

and

Local Counsel \*\*
By */s/ Elihu E. Allinson, III*
Elihu E. Allinson, III, Esq. (DE Bar Bi. 3476)
Sullivan Hazeltine Allinson, LLC
901 North Market Street, Suite 1300
Wilmington, DE 19901
**Telephone:** (302) 428-8197 x 103 (Direct)
**Fax:** (302) 428-8195
zallinson@sha-llc.com

Primary Counsel
(Please Contact Primary Counsel)
Joseph L. Steinfeld, Jr., DC SBN 297101, MN SBN 0266292, VA SBN 18666
**Karen M. Scheibe, Esq. MN SBN 0300469**
A·S·K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
**Telephone:** (651) 406-9665 **Fax:** (651) 406-9676

Co-Counsel For Plaintiff,
Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy
Estates of DHP Holdings II Corporation, et al

## <u>S</u>TATUS "A"
### <u>C</u>ONTESTED <u>P</u>REFERENCE <u>A</u>CTIONS <u>W</u>HERE <u>S</u>ERVICE <u>H</u>AS <u>N</u>OT <u>B</u>EEN <u>C</u>OMPLETED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Antares Capital Corporation | 11-52777 | Defendant has not been properly served. Plaintiff will file a Motion to Extend the Time Within Which Service Must be Made. |
| Bank of American Corporation fka Merrill Lynch & Co., Inc. fka Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch | 11-52912 | Defendant has not been properly served. Plaintiff will file a Motion to Extend the Time Within Which Service Must be Made. |
| China Construction Bank | 11-52913 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Continental Traffic Service, Inc. | 11-52797 | Defendant has not been properly served. Plaintiff will file a Motion to Extend the Time Within Which Service Must be Made. |
| Desico, S.A. de C.V. | 11-52800 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Garden Flame Gas Appliances Co., Ltd | 11-52809 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Guangdong Machinery Imp. & Exp. Co., Ltd. | 11-52811 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Hongda Group | 11-52813 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Interpro Manufacturing Ltd. | 11-52819 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Performance Steel, LLC and Performance Steel, Inc. | 11-52873 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Sakura Corporation | 11-52883 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Scheu Manufacturing Company | 11-52884 | Defendant has not been properly served. Plaintiff will file a Motion to Extend the Time Within Which Service Must be Made. |

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |
| Schott-Gemtron (Canada) Corporation | 11-52810 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Star Capital Group LP and Lakeland Bank | 11-52889 | Defendant's answer to Plaintiff's complaint is not yet due. |
| Ugarteburu SA | 11-52898 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Winners Products Engineering Ltd. | 11-52907 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |
| Winnspec International Corp. | 11-52908 | Defendant is a foreign entity. Proper Service has not yet been complete. Plaintiff is pursuing proper service. |

* 17 Cases

# STATUS "B"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| American International Group, dba American International Company | 11-52863 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| C.H. Robinson Worldwide, Inc. | 11-52790 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Conway, Del Genio, Gries & Co., LLC | 11-52769 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Kauffman Engineering, Inc. | 11-52823 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Laurel Manufacturing LLC | 11-52828 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| McGregor & Associates, Inc. | 11-52842 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Mike Hagerthy dba Hagerthy & Co. | 11-52848 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Millers Bottled Gas Co., Inc. | 11-52850 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Mozaik, LLC | 11-52852 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Nalco Company fka Nalco Chemical Co. | 11-52853 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Plaspros, Inc. | 11-52874 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |

# STATUS "B"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| PriceWaterHouseCoopers LLP | 11-52772 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Randstand Staffing Services, Inc. | 11-52879 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Syncor, LLC dba SpecPrint | 11-52887 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Thermal Ceramics Inc. | 11-52894 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |
| Unified Sales and Distribution, Inc. | 11-52899 | Defendant's deadline to answer the Complaint is extended. The parties are discussing settlement. |

\* 16 Cases

# STATUS "C"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Acorn Storage Trailers, Inc. | 11-52775 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Aon Risk Services, Inc. of Florida | 11-52767 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Asco Valve, Inc. Dba Emerson Motor Division | 11-52803 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Belmont Enterprises, Inc. | 11-52782 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Caldwell Industries, Inc. | 11-52785 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Capital City Tool, Inc. | 11-52788 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Cleco Industrial Fasteners Company, Inc. | 11-52793 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Creations In Wood, Inc. | 11-52798 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| De Lage Landen Financial Services, Inc. | 11-52914 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Forrest Paint Co. | 11-52808 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Glasswerks LA, Inc. fdba Tempworks, Inc. Aka Tempwerks L A Inc. | 11-52893 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |

# STATUS "C"

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Hanwha International Corporation | 11-52812 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Indiana Safety Co., Inc. dba Indiana Safety & Supply Co. | 11-52818 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Joint Marketing Specialists, Inc. | 11-52822 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Joseph T. Ryerson & Sons Inc. fdba Ryerson Coil Processing Company | 11-52773 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Manpower, Inc. | 11-52837 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| On Guard Services, LLC | 11-52861 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Palatec Mfg. Inc. | 11-52871 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Penn Elcom, Inc. | 11-52872 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Pomona Box Company | 11-52875 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Priority Business Services, Inc. | 11-52876 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Professional Sales and Service Inc. | 11-52877 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |

# STATUS "C"

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Ronman Products Inc. | 11-52881 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Trillion Aluminum Profiles, Inc. | 11-52897 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| Unicable Incorporated | 11-52900 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |
| X-Esp, Inc. fdba Engineered Sinterings and Plastics, Inc. | 11-52804 | Service is complete and no answer has been filed. Plaintiff will be filing a Request for Default Judgment. |

* 26 Cases

# STATUS "D"

## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Coffee County Speculative Building Partnership | 11-52794 | Plaintiff will file a dismissal of the adversary proceeding. |
| Win Million Development (HK) Ltd. | 11-52911 | Plaintiff will file a dismissal of the adversary proceeding. |

* 2 Cases

# STATUS "E"

## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| 20/20 Custom Molded Plastics Limited Partnership | 11-52774 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Air-Drive, Inc. | 11-52776 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Apogee Engineered Ceramics Inc. | 11-52778 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Associated Commodity, Inc. | 11-52779 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Bemis Manufacturing Company dba Kelch Corp. | 11-52825 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Bermark, Inc. fka Channel Products, Inc. | 11-52789 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Bluff City Steel, LLC | 11-52783 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Burner Systems International, Inc. | 11-52784 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Cananwill, Inc. | 11-52786 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |

# STATUS "E"

## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Clayton Metals, Inc. | 11-52792 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Cord-Sets, Inc. fka Mid-State Cordsets Mfg. Corp. fka Mid-State Manufacturing Corp. | 11-52849 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Deltrol Corp. Dba Deltrol Controls | 11-52799 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Direct Metals, Inc. | 11-52801 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Dormont Manufacturing Company | 11-52802 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Emerson Electric Co. dba White-Rodgers | 11-52906 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Enterprises Holdings, Inc. dba Enterprise Fleet Services | 11-52805 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Federal Express Corporation | 11-52807 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| HTI Inc. | 11-52815 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |

# STATUS "E"

## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Illinois Tool Works Inc. dba ITW Fastex | 11-52821 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Kerneos, Inc. | 11-52827 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Lithocraft, Inc. | 11-52830 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Lomont Molding, Inc. | 11-52831 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| LSI Metal Fabrication, Inc, | 11-52832 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Mace Metal Sales, Inc. | 11-52834 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Macsteel Service Centers USA, Inc. dba Macsteel USA | 11-52868 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Marshall & Bruce Company | 11-52838 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Maxitrol Company | 11-52841 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |

# STATUS "E"

## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| McMaster-Carr Supply Company | 11-52843 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Mechanical Galv-Plating Corp. | 11-52845 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Mid-State Logistics, Inc. | 11-52847 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Morgan Advanced Materials and Technology, Inc. dba Morgan A, M & T | 11-52851 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Nashville Wire Products Manufacturing Company dba Nashville Display Co. | 11-52854 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| National Kwikmetal Service L.P fka National Knife & Supply | 11-52855 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| National Union Fire Insurance Company of Pittsburgh, PA and American International Group, Inc. fdba AIG Risk Management | 11-52770 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| O'Neal Steel, Inc. and O'Neal Tube Processing | 11-52860 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Pacific Custom Materials, Inc. | 11-52864 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |

# STATUS "E"
## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Packaging Professionals Incorporated | 11-52867 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| PRR, Inc. | 11-52878 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Ryder Truck Rental, Inc. dba Ryder Transportation Services | 11-52771 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Saint-Gobain Ceramics & Plastics, Inc. dba Saint-Gobain Ignitor Products fka Norton Ignitor Products | 11-52856 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Semco Plastic Company aka Semco Plastic Company Inc. | 11-52885 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Suiter Swantz PC LLO | 11-52891 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Totem Steel International, Inc. | 11-52896 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Western Industrial Ceramics, Inc. | 11-52905 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |
| Xerox Corporation | 11-52869 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |

STATUS REPORT

# STATUS "E"

## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Yale Trucks Kentuckiana, Inc. dba Yale Kentuckiana, Inc. | 11-52910 | Adversary Proceeding has been settled. Plaintiff will file for Court approval of the settlement. Plaintiff will then file a dismissal of the adversary proceeding. |

* 46 Cases

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| AB CALIF Acquisition Corp. dba AMS dba Valley Business Materials | 11-52902 | Plaintiff is requesting entry of proposed scheduling order. |
| Amcor Packaging Distribution fka Kent H. Landsberg Co. | 11-52826 | Plaintiff is requesting entry of proposed scheduling order. |
| Atmos Energy Marketing, LLC | 11-52780 | Plaintiff is requesting entry of proposed scheduling order. |
| Blount, Inc. dba Oregon Cutting Systems | 11-52862 | Plaintiff is requesting entry of proposed scheduling order. |
| C-K Plastics, Inc. | 11-52791 | Plaintiff is requesting entry of proposed scheduling order. |
| Columbus Engineering, Inc. | 11-52795 | Plaintiff is requesting entry of proposed scheduling order. |
| Construction Blot & Fasteners, Inc. | 11-52796 | Plaintiff is requesting entry of proposed scheduling order. |
| Express Services, Inc. | 11-52806 | Plaintiff is requesting entry of proposed scheduling order. |
| Hoosier Stamping & Mfg. Corp. | 11-52814 | Plaintiff is requesting entry of proposed scheduling order. |
| Ikon Office Solutions, Inc. dba Ikon Management Services | 11-52817 | Plaintiff is requesting entry of proposed scheduling order. |
| Ken Larsen, Inc. dba Hurricane Products | 11-52816 | Plaintiff is requesting entry of proposed scheduling order. |
| Mass-Hansen Steel Corporation | 11-52833 | Plaintiff is requesting entry of proposed scheduling order. |
| Main Electric Supply Co. | 11-52836 | Plaintiff is requesting entry of proposed scheduling order. |
| Material Handling, Inc. | 11-52839 | Plaintiff is requesting entry of proposed scheduling order. |
| Matthews Industries, Inc. | 11-52840 | Plaintiff is requesting entry of proposed scheduling order. |
| McVantage Packaging, LLC | 11-52844 | Plaintiff is requesting entry of proposed scheduling order. |
| Middleton & Reutlinger, P.S.C. dba Middleton Reutlinger | 11-52846 | Plaintiff is requesting entry of proposed scheduling order. |
| Nupro Design Ltd. | 11-52857 | Plaintiff is requesting entry of proposed scheduling order. |
| OfficeMax Incorporated | 11-52858 | Plaintiff is requesting entry of proposed scheduling order. |
| Owens Corning Corp. | 11-52915 | Plaintiff is requesting entry of proposed scheduling order. |
| Packaging Corporation of America | 11-52866 | Plaintiff is requesting entry of proposed scheduling order. |
| Packaging Unlimited, LLC | 11-52870 | Plaintiff is requesting entry of proposed scheduling order. |

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| R.C. Pallets, Inc. | 11-52880 | Plaintiff is requesting entry of proposed scheduling order. |
| RobertShaw Controls Company fdba Invesys Appliance Controls | 11-52820 | Plaintiff is requesting entry of proposed scheduling order. |
| S.I.T. Controls U.S.A., Inc. | 11-52886 | Plaintiff is requesting entry of proposed scheduling order. |
| Specialty Ceramics, Inc. | 11-52888 | Plaintiff is requesting entry of proposed scheduling order. |
| Sterling Commerce, Inc. | 11-52890 | Plaintiff is requesting entry of proposed scheduling order. |
| Tergrant Corporation | 11-52892 | Plaintiff is requesting entry of proposed scheduling order. |
| The Master Products Company | 11-52895 | Plaintiff is requesting entry of proposed scheduling order. |
| United Parcel Service, Inc. | 11-52901 | Plaintiff is requesting entry of proposed scheduling order. |
| Vision Quality Components, Inc. | 11-52903 | Plaintiff is requesting entry of proposed scheduling order. |
| Vivid Impact Corporation | 11-52904 | Plaintiff is requesting entry of proposed scheduling order. |
| Worgas, Inc. | 11-52909 | Plaintiff is requesting entry of proposed scheduling order. |

* 33 Cases

# Status "G"

## Contested Preference Actions Where Notices of Selection of Mediator have been Filed:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| | | |

\* None

# STATUS "H"

## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Lewisburg Container Company | 11-52829 | Defendant filed a Motion to Dismiss. |

* 1 Case

# Status "J"
## Cases Stayed by the Filing of Another Bankruptcy Action / Suggestion of Bankruptcy Filed or Required

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

# Status "K"
## Cases in Which An Appeal Is Pending

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None